# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MISCHELLE AND PRESTON ANDRES,<br><br>               Plaintiffs,<br><br>   vs.<br><br>NCO FINANCIAL SYSTEMS, INC. and DOES 1-10 inclusive,<br><br>              Defendants. | Case No.  CV-11-08493 DSF-SH<br><br>ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Based on the Joint Stipulation and Motion to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: January 6, 2012

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE